# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY MAY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BRUCE K. BRUNTON, individually and as trustee of the Bruce K. Brunton Revocable Trust, dated September 5, 2008,<br><br>　　　　　　　　　　Defendant. | Case No: 12-CV-2860 W (MDD)<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO STRIKE [DOC. 9]** |

On February 11, 2013, Plaintiff and Counter Defendant Amy May ("May") filed a motion to strike Defendant and Counter Claimant Bruce K. Brunton's ("Brunton") counterclaim for defamation. [Doc. 9.] On March 27, 2013, Brunton filed a notice of non-opposition to May's motion to strike. [Doc. 22.]  In light of Brunton's consent to grant May's motion, the Court **GRANTS** May's motion to strike.  Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** Brunton's counterclaim for defamation.

　　**IT IS SO ORDERED.**

DATED: April 5, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge