UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY MAY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BRUCE K. BRUNTON, et al.,<br><br>　　　　　　　　　　Defendants. | Case No: 12-CV-2860 W (MDD)<br><br>ORDER:<br>(1) VACATING PRETRIAL CONFERENCE;<br>(2) REQUIRING DEFENDANTS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE; AND<br>(3) GRANTING PLAINTIFF'S EX PARTE APPLICATION [DOC. 50] |

On April 11, 2013, Magistrate Judge Mitchell D. Dembin issued a case-management order that scheduled the pretrial conference for Monday, March 24, 2014. (CM *Order* [Doc. 29] ¶ 12.) The order also required the parties to submit informal letter briefs no later than March 17, 2014. (*Id.* ¶ 11.) Because the parties failed to comply with the order, on March 20, 2014 this Court continued the pretrial conference to Monday, May 19, 2014. (*Order* [Doc. 49] 2:17–18.) This Court also ordered that the parties "shall separately submit informal letter briefs . . . no later than May 14, 2014" and specifically "warned" the parties that "any further failures to follow . . . this Court's Chambers Rules . . . will result in sanctions." (*Id.* 2:14–22.)

To date, Defendants have not submitted their letter brief. This constitutes the second time Defendants have ignored a court order in this case and this Court's

Chambers Rules.  Accordingly, the Court **ORDERS** Defendants **TO SHOW CAUSE** why sanctions should not be issued, as follows:

- On or before **May 21, 2014**, Defendants shall file a brief, not exceeding 5 pages, explaining their failure to comply with two court orders in this case and why they should not be sanctioned $1,000.

In light of Defendants failure to file their letter brief, the Court **VACATES** the May 19, 2014 pretrial conference, and **FURTHER ORDERS**:

- The final pretrial conference shall be held on **June 30, 2014** at **10:30 a.m.**
- In light of Defendants repeated failure to file the letter brief, Defendants' informal letter brief is due on or before **June 18, 2014**.  The letter brief shall be submitted directly to Chambers, shall not exceed two single-spaced pages, and must comply with any other requirements set forth in this Court's Chambers Rules.  Altough Plaintiff has already submitted a letter brief, Plaintiff may submit an amended brief by **June 30, 2014**.

Finally, pending before the Court is Plaintiff's ex parte application to excuse Attorney Christopher Brancart from attending the pretrial conference.  Having reviewed the application and good cause appearing, the Court **GRANTS** the application [Doc. 50], and excuses Attorney Brancart from attending the June 16, 2014 pretrial conference.

**IT IS SO ORDERED.**

DATE: May 16, 2014

_____
Hon. Thomas J. Whelan
United States District Judge